UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SETH DANIEL MURRAY,

    Petitioner,

v.                            Case No. 3:25-cv-1027-WWB-MCR

JOSEPH LADAPO,

    Respondent.
_____

### ORDER

Petitioner[1] initiated this case by filing a one-page "Petition for a Writ of Habeas Corpus," in which he asks the Court to "issue a writ ordering [R]espondent to return [P]etitioner forthwith to [the] United States of America." (Doc. 1). It is unclear what type of lawsuit Petitioner intends to bring against the Florida Surgeon General. To the extent Petitioner is attempting to open a federal habeas case, he has not properly initiated a habeas corpus case under 28 U.S.C. §§ 2241 or 2254. Petitioner will be provided with copies of the court-approved forms for filing habeas corpus cases and civil rights cases. *See* M.D. Fla. R. 6.04(a) ("A pro se person in custody must use the standard form[.]").

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

---

[1] It does not appear that Petitioner is an inmate of the Florida penal system. For his return address, he uses the address of the Florida Vital Statistics Office. (*See* Doc. 1-1).

3. The Clerk shall send Petitioner habeas corpus petition forms under 28 U.S.C. § 2241 and 28 U.S.C. § 2254, civil rights complaint forms (prisoner and non-prisoner filings), and applications to proceed *in forma pauperis* (prisoner and non-prisoner filings). If Petitioner chooses to refile his claim, he may do so on the appropriate form. He should not put this case number on the form, because the Clerk will assign a new case number upon receipt. In initiating such a case, Petitioner should either file a fully completed application to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** in Jacksonville, Florida, on October 8, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

JAX-11 10/8
c:
Seth Daniel Murray